**Kentha Earl McDOWELL**

v.

**UNITED STATES of America.**

Nos. 7164, 7180.

United States Court of Appeals
Tenth Circuit.

Feb. 5, 1963.

Thomas S. Nichols, Denver, Colo., for appellant.

Lawrence M. Henry, U. S. Atty., and Michael C. Villano, Asst. U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

In case No. 7164, judgment affirmed February 5, 1963, without written opinion, for the reason stated in the order of the United States District Court. In case No. 7180, appeal dismissed February 5, 1963, without written opinion, since the record conclusively shows that appellant is not now serving the sentence he attacks and relief under section 2255 is not available to him. Heflin v. United States, 358 U.S. 415, 79 S.Ct. 451, 3 L.Ed.2d 407; Igo v. United States, 10 Cir., 303 F.2d 317.

**John H. LEE and Miss Teenage America, Inc., Appellants,**

v.

**Scott REYNOLDS, and Teen America Associates, Inc., Appellees.**

No. 19914.

United States Court of Appeals
Fifth Circuit.

March 6, 1963.

William C. Odeneal, Jr., Odeneal & Odeneal, Dallas, Tex., for appellants.

Royal H. Brin, Jr., Dallas, Tex., Strasburger, Price, Kelton, Miller & Martin, Dallas, Tex., of counsel, for appellees.

Before HUTCHESON, RIVES and GEWIN, Circuit Judges.

PER CURIAM.

In this case the appellants complain of the judgment of the trial court refusing to grant an injunction and to award damages for an alleged misappropriation of a trade name claimed by the appellants. Upon a careful review of the record, we believe that the findings of fact and conclusions of law of the trial court are correct, and accordingly the judgment is

Affirmed.